UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ATTACHMENT 1



RECEIVED
MAY 19 2004

**PLAINTIFFS**

Harry G. Schortmann, Jr. & PRO SE
Jacqueline Schortmann   PRO SE
91 Hemlock Drive
Holliston, MA 01746

V.

**DEFENDANT**

The Internal Revenue Service of the United States Government

## COMPLAINT

1. The plaintiffs are residents of Holliston, Middlesex County and citizens of the United States.

2. The defendant is the Internal Revenue Service.

### Jurisdiction

3. Tax matters concerning the Internal Revenue Service fall under the jurisdiction of this court.

### Facts

4. On May 27, 1999 the plaintiffs entered into an agreement with the defendant whereby the defendant agreed to pay the plaintiffs a refund plus interest. The defendant has paid only some of the interest due and refuses to pay the rest of the interest which it agreed to pay.

WHEREFORE, the Plaintiffs demand the following judgments against the defendant:

A. That the defendant pay the plaintiffs interest for each year that the defendant has not paid the plaintiffs interest according to the agreement dated May 27, 1999. The interest for each such year shall be computed from the date that plaintiffs paid an income tax for that year until the defendant pays the interest.

B. That the defendant pay the plaintiffs the same penalty that the defendant would have charged a tax payer if the tax payer were guilty of not paying taxes for the same period as the defendant refused to pay the plaintiffs according to the agreement dated May 27, 1999.

C. That the defendant pay the plaintiffs punitive damages as the jury may determine.

D. That the defendant pay the plaintiffs court and trial costs and compensation equal to a fee an attorney might reasonably charge for legal serivces to try this case.

The plaintiffs demand a trial by jury.

Harry G. Schortmann, Jr. & PRO SE
Jacqueline Schortmann     PRO SE
91 Hemlock Drive
Holliston, MA 01746

508-429-5726