IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HARRY G. and JACQUELINE SCHORTMANN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 04-11011-MLW |
| INTERNAL REVENUE SERVICE, | ) ) | |
| Defendant. | ) | |

<u>ORDER</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time in

which the United States shall be permitted to serve an answer, a motion, or such

other response as may be permitted by the Federal Rules of Civil Procedure, with

respect to the complaint in the above-titled action is enlarged to and including

September 8, 2004.


DATED:    This _____ Day of August, 2004.


_____
UNITED STATES DISTRICT JUDGE