IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY G. and JACQUELINE SCHORTMANN, <br><br> Plaintiffs, <br><br> v. <br><br> INTERNAL REVENUE SERVICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 04-11011-MLW <br> ) <br> ) <br> ) <br> ) |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action is enlarged to and including September 8, 2004.

DATED: This 5th Day of August, 2004.

_____
UNITED STATES DISTRICT JUDGE