UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HARRY G. SHORTMANN JR., et al**            **CIVIL CASE**
                                             **NO. 04-11011-MLW**

       **V.**

**INTERNAL REVENUE SERVICES**
       **Defendant(s)**

       **NOTICE OF RESCHEDULING/CANCELLATION**

**WOLF, D.J.**

The **SCHEDULING CONFERENCE** originally scheduled for **MAY 2, 2005** at **4:00 P.M.** before Judge **Wolf**, has been CANCELLED.

                                SARA A. THORNTON
                                CLERK OF COURT

**April 26, 2005**              **By:**   **/s/ Dennis O'Leary**
Date                                     Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                    [ntchrgcnf.]