IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HARRY G. and JACQUELINE SCHORTMANN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE OF )<br>THE UNITED STATES GOVERNMENT, )<br>)<br>Defendant. ) | Civil No. 04-11011-MLW |

### UNITED STATES' REQUEST FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO UNITED STATES' MOTION TO DISMISS

Pursuant to Local Rule 7.1(b)(3), the United States requests leave to file a response to plaintiffs' opposition to the United States' motion to dismiss or transfer this proceeding. In their opposition, the plaintiffs assert that counsel for the United States failed to comply with the requirements of Local Rule 7.1(a)(2). Plaintiffs' opposition appears to be based on a misunderstanding of the Local Rule, and, therefore, misrepresents the events occurring prior to the making of the motion. The United States should be allowed to respond to plaintiffs' opposition to clarify the record.

Attached please find the United States' response.

|  |  |
|---|---|
|  | Respectfully submitted, |
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on | MICHAEL J. SULLIVAN<br>United States Attorney |
| _5/4/05 - Lydia Bottome Turanchik_ | BARBARA HEALY SMITH<br>Assistant United States Attorney |
|  |   /s/ Lydia Bottome Turanchik<br>LYDIA BOTTOME TURANCHIK<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 55<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 307-6560<br>Lydia.D.Bottome@usdoj.gov |